AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Daniel Lyons Scott | ) Case: 1:21-mj-00411 |
| DOB: XXXXXX | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 4/29/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1752(a)(1) and (a)(2) | Knowingly Entering and Disorderly Conduct in any Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) and (e)(2)(F) | Disorderly Conduct and Act of Physical Violence on Capitol Grounds, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1512(c)(2) | Obstruction of Justice/Congress, |
| 18 U.S.C. § 111(a)(1) | Assault on a federal officer with physical contact and intent to commit another felony. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Quintero, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __04/29/2021__

_____
*Judge's signature*

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*