AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Daniel Lyons Scott

*Defendant*

)
)  Case: 1:21-mj-00411
)  Assigned To : Faruqui, Zia M.
)  Assign. Date : 4/29/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Daniel Lyons Scott**,

who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ☒ Complaint
❐ Probation Violation Petition   ❐ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (a)(2) - Knowingly Entering and Disorderly Conduct in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (e)(2)(F) - Disorderly Conduct and Act of Physical Violence on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 111(a)(1) - Assault on a federal officer with physical contact and intent to commit another felony.

Date: 04/29/2021                                      2021.04.29 14:35:58 -04'00'
                                                      *Issuing officer's signature*

City and state: Washington, D.C.                      Zia M. Faruqui, U.S. Magistrate Judge
                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* May 3, 2021, and the person was arrested on *(date)* May 20, 2021
at *(city and state)* Englewood, Florida.

Date: May 20, 2021

Stephen Lieber[signature]
*Arresting officer's signature*

STEPHEN LIEBERMAN, TASK FORCE OFFICER
*Printed name and title*