UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 21-mj-411 (ZMF) |
| | ) |
| Daniel Lyons Scott,        *defendant*. | ) |

UNOPPOSED MOTION FOR BOND REVIEW

Defendant, through Nathan I. Silver, Esq., undersigned counsel ("counsel") appointed under the Criminal Justice Act, and with no opposition from the United States, hereby moves Court to vacate defendant's release condition of home detention, impose a curfew of 10 p.m. to 6 a.m.

Defendant is currently released under home detention with location monitoring by GPS. He has complied with these conditions, which were first imposed by the U.S. District Court for the Eastern District of Florida in a Rule 5 proceeding. At his initial appearance in this case, held on May 28, 2021, he agreed not to oppose the continuation of these conditions. Defendant's counsel has discussed this request to vacate the condition of home detention with asst. U.S. Attorney William Dreher, attorney of record for the government, who is satisfied that location monitoring, along with a curfew,[1] will accomplish the same ends as home detention, namely, reducing risk of both flight and danger to the community. Defendant has a stable residence and lives with his wife and children, and has been able to obtain employment since he was presented in court in this case.

---

[1] A curfew was not imposed as a release condition, given that home detention allows departures from the home for specific purposes and specified periods of time, with advance approval (typically, 24 hours) from the supervising Pretrial Release officer.

Defendant has proposed, and will submit to, the imposition of a curfew of 10 p.m. to 6 a.m., to provide added assurance to the Court and the government. It will not interfere with his work schedule or other important matters in his personal life.[2]

A proposed Order is attached.

WHEREFORE, the defendant moves the Court to grant the relief requested.

This pleading is,

                              Respectfully submitted,

                              /s/

                              NATHAN I. SILVER, ESQ.
                              D.C. Bar No. 944314
                              6300 Orchid Drive, Bethesda, MD 20817
                              (301) 229-0189/(301) 229-3625 (fax)
                              Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon assistant U.S. Attorney, U.S. Attorney's Office for the Western District of Washington this 25th day of June, 2021.

                              /s/
                              *Nathan I. Silver*

---

[2] Defendant notes that the Pretrial Service report prepared in the instant case for defendant's initial appearance recommended release on general conditions without home detention.