AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00411 |
| Daniel Lyons Scott | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 4/29/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Daniel Lyons Scott          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (a)(2) - Knowingly Entering and Disorderly Conduct in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (e)(2)(F) - Disorderly Conduct and Act of Physical Violence on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 111(a)(1) - Assault on a federal officer with physical contact and intent to commit another felony.

Date: 04/29/2021                                    2021.04.29 14:35:58 -04'00'
                                                    *Issuing officer's signature*

City and state:    Washington, D.C.                 Zia M. Faruqui, U.S. Magistrate Judge
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* May 3, 2021, and the person was arrested on *(date)* May 20, 2021
at *(city and state)* Englewood, Florida.

Date: May 20, 2021                                  *Stephen Lieberman*
                                                    *Arresting officer's signature*

                                                    STEPHEN LIEBERMAN, TASK FORCE OFFICER
                                                    *Printed name and title*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                Case No. 8:21-mj-1499-CPT
                                                                    D.C. Case: 1:21-mj-411
DANIEL LYONS SCOTT

**CLERK'S MINUTES**
Proceeding: Initial Appearance – 5c3
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: May 20, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 4:23 PM |
| USPO: Anthony Zarate | Recess: 5:37 PM |
| Court Reporter: Digital | Total Time: 34 min |
| Interpreter: none | (recess 4:50-5:30) |

Counsel for USA: Daniel George, AUSA
Counsel for Defendant: Che Lopardo, CJA

Court calls case and counsel enters appearances.

Defendant was arrested on a warrant out of the District of Columbia. Defendant advised of charges contained in Complaint.

Defendant moves for court appointed counsel. Court determines defendant qualifies for counsel. Court appoints CJA Attorney Che Lopardo.

Court advises of certain constitutional rights. Defendant understands. Court advises right to a preliminary hearing. Defendant waives his right to a preliminary hearing.

Defendant waives identity hearing.

BOND:    <u>Government:</u> Not seeking detention. Home detention with GPS monitoring, $25,000 unsecured bond, travel restricted to MDFL and D.C. only for court purposes, surrender firearm, not obtain travel documents, call pretrial once per week.

<u>Defendant:</u> Does not object to conditions proposed by the government.

Defendant released on standard conditions of supervision and the following special conditions: Report to pretrial services as directed, seek/maintain employment, substance abuse evaluation, uranalysis testing, mental health evaluation/treatment, $25,000 signature bond to be co-signed by Defendants wife, home detention with GPS monitoring, surrender firearms, surrender passport and not apply for further travel documents.

Government address issue regarding executing search warrant on Defendants cell phone and his refusal to provide his fingerprint.

Oral Due Process Order pronounced.

Recess: 4:50 PM – 5:30 PM

Defense counsel objects to the use of the Defendants fingerprint to preserve his constitutional rights. Defendant to provide his fingerprints in accordance with the search warrant, if counsel determines it is a violation, the issue can be briefed in a motion to suppress in the District of Columbia.

Recess.

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 8:21-mj-1499-CPT |
| Daniel Lyons Scott | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Daniel Lyons Scott_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __25,000.00__ .

( ) (3) This is a secured bond of $ _____ , secured by:

   ( ) (a) $ _____ , in cash deposited with the court.

   ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 05/20/2020

_____ *Defendant's signature*

Kayla Scott
*Surety/property owner – printed name*

_____ 5/26/21
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 05/20/2021

Ashley Sanders
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 05/20/2021

Christopher P. ___
*Judge's signature*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-mj-1499-CPT

DANIEL LYONS SCOTT
_____/

ORDER OF RELEASE

It is hereby ORDERED:

1. The conditions of release are hereby established as set forth below.

2. The United States Marshal is hereby directed to release the above named Defendant upon his agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED in Tampa, Florida this 20th day of May 2021.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

## CONDITIONS OF RELEASE

1. Defendant must appear before the Court in accordance with all notices.

2. Defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending, except that the Defendant may travel to the District of Columbia for the sole purpose of court proceedings.

3. Defendant must not change his present address without prior court approval.

4. Defendant shall not commit a federal, state or local crime during the period of his release. Defendant shall inform the United States Pretrial Services Office (Pretrial Services) immediately if arrested or otherwise charged with any offense. Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims, or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

    * Defendant shall report to Pretrial Services as directed.

    * Defendant shall not use or unlawfully possess a narcotic drug or other controlled substance unless as prescribed by a licensed medical practitioner. Further, Defendant shall submit to any method of testing required by Pretrial Services for determining whether Defendant is using a prohibited substance. Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

* Defendant shall submit to substance abuse evaluation and/or treatment at the direction of Pretrial Services, with the cost to be borne by Defendant, as determined by Pretrial Services.

* Defendant shall submit to mental health evaluation and any treatment deemed necessary, to include psychiatric medication and treatment with the costs to be borne to Defendant as directed by Pretrial Services.

* Defendant shall not use or possess any firearms, dangerous weapons or destructive devices and shall surrender any firearms, dangerous weapon, or destructive device in his possession.

* Defendant shall surrender his passport to Pretrial Services. Upon being placed on probation, being taken into custody for imposition of sentence, dismissal, or a not guilty verdict, Defendant will have 180 days to file a motion requesting the return of the passport. If such motion is not filed, Pretrial Services will return Defendant's passport to the United States Department of State.

* Defendant shall not obtain a passport or any new travel documents.

* Defendant shall seek and/or maintain full time legitimate employment.

* Defendant shall participate in the following location restriction program and abide by the requirements of that program. Defendant shall pay all or part of the cost of the program based upon Defendant's ability to pay, as determined by Pretrial Services.

   (X) **Home Detention.** Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services, and Defendant's compliance shall be supervised by Pretrial Services using GPS monitoring.

* Defendant shall post a signature bond in an amount totaling $25,000.00. This signature bond shall be co-signed by Defendant's wife, Kayla Scott.

7.     A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of the bond previously given.

    Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously imposed.

    Moreover, a person who violates his conditions of release may be prosecuted for contempt of Court.

8.     A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

    (a)     an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

    (b)     an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

    (c)     any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

    (d)     a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalties set forth in subparagraph (b), and therefore, the penalties for failure to appear are those set forth in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed in Tampa, Florida, this 20th day of May 2021.

_____  _____
WITNESS                     DEFENDANT

1. The Middle District of Florida consists of the following Florida Counties:

   Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813.301.5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3. The telephone number for the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813.483.4200.

4. The telephone number and mailing address for the United States Attorney for the Middle District of Florida, Tampa Division, are: 813.274.6000 and Park Tower, Suite 3200, 400 North Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number for the United States Pretrial Services Agency is 813.225.7648, and the toll-free number is 800.676.0125.

6. NOTICE TO COUNSEL AND DEFENDANT: In cases assigned to United States Magistrate Judge Christopher P. Tuite, any requests to travel outside the area set forth in this document must be submitted at least three (3) BUSINESS days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in an automatic denial of the request unless a showing is made that an actual emergency situation exists, such as a serious illness in the family.

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 8:21-mj-1499-CPT |
| Daniel Lyons Scott | ) | |
|  | ) | Charging District's |
| *Defendant* | ) | Case No. 1:21-mj-411 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 05/26/2021

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Query   Reports   Utilities   Help   What's New   Log Out

BOND, CLOSED

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:21-mj-01499-CPT All Defendants

Case title: USA v. Scott  
Other court case number: 1:21-mj-411 District of Columbia

Date Filed: 05/20/2021  
Date Terminated: 05/26/2021

Assigned to: Magistrate Judge Christopher P. Tuite

### Defendant (1)

**Daniel Lyons Scott**  
*TERMINATED: 05/26/2021*

represented by **Che Lopardo**  
Lopardo Law Group, PL  
Suite 150  
3030 N Rocky Point Dr W  
Tampa, FL 33607  
813/758-9347  
Email: che_lopardo@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**  
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**  
None

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.P RESTRICTED BUILDING OR GROUNDS | |

### Plaintiff

**USA**     represented by **Daniel George**

US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6028
Email: daniel.george@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Daniel Lyons Scott from the District of Columbia. (AMS) (Entered: 05/20/2021) |
| 05/20/2021 | 2 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Release from Custody by Daniel Lyons Scott. (AMS) (Entered: 05/20/2021) |
| 05/20/2021 | 3 | FILED IN ERROR. Modified on 5/20/2021 (AMS) (Entered: 05/20/2021) |
| 05/20/2021 | 4 | ORAL MOTION for Release from Custody by USA as to Daniel Lyons Scott. (AMS) (Entered: 05/20/2021) |
| 05/20/2021 | 5 | **ORAL ORDER of Appointment of CJA Counsel as to Daniel Lyons Scott: Appointment of Attorney Che Lopardo. Signed by Magistrate Judge Christopher P. Tuite on 5/20/2021. (AMS)** (Entered: 05/20/2021) |
| 05/20/2021 | 6 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 2 Motion for Release from Custody as to Daniel Lyons Scott (1); granting 4 Motion for Release from Custody as to Daniel Lyons Scott (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 5/20/2021 as to Daniel Lyons Scott from the District of Columbia. ; Bond Hearing as to Daniel Lyons Scott held on 5/20/2021. (Digital) (AMS) (Entered: 05/21/2021) |
| 05/20/2021 | 7 | **ORAL ORDER as to Daniel Lyons Scott: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Christopher P. Tuite on 5/21/2021. (AMS)** (Entered: 05/21/2021) |
| 05/20/2021 | 8 | **ORDER Setting Conditions of Release Signed by Magistrate Judge Christopher P. Tuite on 5/21/2021. (AMS)** (Entered: 05/21/2021) |
| 05/26/2021 | 9 | Appearance BOND entered as to Daniel Lyons Scott in amount of $ 25,000. (AMS) (Entered: 05/26/2021) |
| 05/26/2021 | 10 | **COMMITMENT TO ANOTHER DISTRICT as to Daniel Lyons Scott. Defendant committed to the District of Columbia. Signed by Magistrate Judge Christopher P. Tuite on 5/26/2021. (AMS)** (Entered: 05/26/2021) |
| 05/26/2021 |  | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Daniel Lyons Scott regarding your case number: 1:21-mj-411. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to |

| | | use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (AMS) (Entered: 05/26/2021) |